UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00302

**Charity Vanessa Hathorn,**
*Plaintiff,*

v.

**Commissioner, SSA,**
*Defendant.*

# ORDER

On April 1, 2024, plaintiff Charity Hathorn filed an unopposed motion for attorney's fees under the Equal Access to Justice Act ("EAJA"). Doc. 17. The motion was referred to United States Magistrate Judge John D. Love for findings of fact and a recommendation for disposition. Doc. 19. On April 12, 2024, Judge Love issued a report and recommendation, recommending that plaintiff's motion be granted and that the Commissioner pay to plaintiff the sum of $5,302.19 in reasonable attorney's fees under the EAJA. Doc. 20.

Neither party has filed objections to Judge Love's report and recommendation, and the timeframe for doing so has passed. When no party objects to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's motion (Doc. 17) is granted, and the Commissioner shall pay to plaintiff the sum of $5,302.19. The payment shall be payable to plaintiff and sent to plaintiff's counsel.

*So ordered by the court on May 17, 2024.*

J. CAMPBELL BARKER
United States District Judge